Donnie Ray STEVENSON,
Plaintiff–Appellant,

v.

CONTINENTAL EAGLE CORPORATION, as successor to Continental Gin Company and Continental Moss–Gordin, Inc.; John Does, Defendants–Appellees.

No. 04–61040.

United States Court of Appeals,
Fifth Circuit.

Decided March 1, 2006.

Paul Anderson Koerber, Jackson, MS, for Plaintiff–Appellant.

Michael W. Ulmer, Watkins & Eager, Jackson, MS, for Defendant–Appellee.

---

Before JOLLY, SMITH, and GARZA, Circuit Judges.

PER CURIAM: *

For the following reasons, we affirm the district court:

1. We find no material difference between this case and the claims made in *Austin v. Will–Burt Co.*, 361 F.3d 862 (5th Cir.2004). Because *Austin* controls this case, we find that the district court did not err in granting the defendant's Motion for Judgment as a Matter of Law on plaintiff's defective design claim.

2. We further find that the district court did not abuse its discretion by refusing to allow the plaintiff to introduce an exhibit showing that the defendant got eight responses to thousands of cautionary mail-outs it sent. No post-sale duty to warn exists under Mississippi law, nor may a party be held liable for negligent performance of a voluntary act unless the plaintiff detrimentally relied upon the performance. *Austin*, 361 F.3d at 870. It is clear that the plaintiff did not detrimentally rely on the mail-outs, as he admits to having no knowledge of them. Thus, the district court did not err in excluding this exhibit for relevance.

Accordingly, the judgment of the district court is

AFFIRMED.